# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PROGRESSIVE NORTHERN INSURANCE COMPANY,** ) ) ) **Plaintiff,** ) ) v. ) ) **ADONYS MEDINA,** ) **ADO XPRESS, LLC, and RICARDO PAEZ,** ) ) **Defendants.** ) | Case No.: 22-CV-221-GLJ |

## JUDGMENT

Pursuant to this Court's Order of June 27, 2024 (Doc. No. 89), granting Plaintiff's Motion for Default Judgment against Defendants, Adonys Medina; ADO Xpress, LLC; and Ricardo Paez, judgment is hereby entered in favor of Plaintiff and against Defendants, Adonys Medina; ADO Xpress, LLC; and Ricardo Paez.

**IT IS SO ORDERED** this 23rd day of July, 2024.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**